HE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| COREY FLAGG ) | |
| ) | No. 05 CR 70 -2 |
| ) | Judge Joan B. Gottschall |
| ) | (Emergency Judge) |

FILED
FEB - 8 2005
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on February 7, 2005, and for and in consideration of bond being set by the Court for defendant COREY FLAGG in the amount of $200,000, being partially secured by real property, Carl Flagg and Shirley Flagg (husband and wife) hereby warrant and agree:

1.  Carl Flagg and Shirley Flagg warrant that they are the sole record owners and titleholders of the real property located at 9412 South Wabash, Chicago, Illinois, and described legally as follows:

> LOT 46 IN F.H. BARTLETT'S STATE STREET HIGHLANDS, BEING A SUBDIVISION OF THE SOUTH HALF OF THE NORTH WEST QUARTER OF THE SOUTH WEST QUARTER OF THE SOUTH WEST QUARTER AND THE NORTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTH WEST QUARTER OF THE SOUTH WEST QUARTER OF SECTION 3, TOWNSHIP 37

NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

P.I.N: 25-03-321-019-0000

Carl Flagg and Shirley Flagg warrant that there is no outstanding mortgage against the subject property and that their equitable interest in the real property approximately equals $ 200,000 .

2. Carl Flagg and Shirley Flagg agree $ 200,000 of their equitable interest in the above-described real property, shall be forfeited to the United States of America, should the defendant COREY FLAGG fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. Carl Flagg and Shirley Flagg further understand and agree that, if the defendant COREY FLAGG should violate any condition of the Court's release order, they will be liable to pay the difference between the bond amount of $200,000 and their equitable interest in the property, and Carl Flagg and Shirley Flagg hereby agree to the entry of a default judgment against them for the amount of any such difference. Carl Flagg and Shirley Flagg have received a copy of the Court's release order and understand its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3. Carl Flagg and Shirley Flagg further agree to execute a quitclaim deed in favor of the United States of America, waiving any homestead exemption, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. Carl Flagg and Shirley Flagg understand that should defendant COREY FLAGG fail to appear or otherwise violate any condition of the Court's order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described

deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4.      Carl Flagg and Shirley Flagg further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court. Further, Carl Flagg and Shirley Flagg have executed a release in favor of the United States so it can be verified that all obligations relating to the property are paid currently.

5.      Carl Flagg and Shirley Flagg further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant COREY FLAGG they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. Carl Flagg and Shirley Flagg agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. Carl Flagg and Shirley Flagg hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 2.7.05

*[signature]*
Carl Flagg
Surety

Date: 2.7.05

*[signature]*
Shirley Flagg
Surety

Date: 2.7.05

*[signature]*
Witness

Return to:

Ann Bissell
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604